FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 15, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:24-cr-02054-MKD-2 |
| Plaintiff, | ORDER GRANTING DEFENDANT'S AGREED MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| KATHLEEN ARDITH ALBERT, | **ECF No. 34** |
| Defendant. | |

Before the Court is Defendant's Agreed Motion to Modify Conditions of Release (ECF No. 34) and the United States' Response (ECF No. 35). Defendant was represented by court-appointed attorney Stephen Hormel.

Defendant requests that the Court strike Special Condition No. 8, which imposes GPS monitoring on Defendant. ECF No. 34. The United States agrees, but notes that GPS monitoring should only be removed during Defendant's participation in inpatient treatment, and that the discussion of GPS monitoring following inpatient treatment is not yet ripe as Defendant will be returned to United States Marshals Service custody following treatment, absent further order of the Court. ECF No. 35. The United States Probation/Pretrial Services Office agrees with the parties' request.

ORDER - 1

Accordingly, **IT IS ORDERED:**

1. Defendant's Agreed Motion to Modify Conditions of Release (**ECF No. 34**) is **GRANTED**.

2. **Special Condition No. 8 (ECF No. 33) is held in ABEYANCE while Defendant is in inpatient treatment.**

3. All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED.**

DATED November 15, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2