✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 17, 2025**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Albert, Kathleen Ardith | Docket No. | 0980 1:24CR02054-MKD-2 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Arturo Santana, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Kathleen Ardith Albert, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Alexander C. Ekstrom, sitting in the court at Yakima, Washington, on the 30th day of October 2024, under the following conditions:

**Special Condition #8**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 30, 2024, a detention hearing was held before Your Honor, and the defendant was temporarily released from the Yakima County Jail on November 6, 2024, to enter an inpatient treatment program. On December 20, 2024, the detention hearing was reopened and the Court granted the defendant's motion to further release her into the community onto pretrial supervision with conditions. On that same date, after being released, the defendant reported to the U.S. Probation Office and reviewed and signed her release conditions, acknowledging an understanding.

**Violation #1**: Ms. Albert is alleged to be in violation of her pretrial release conditions by consuming a controlled substance, fentanyl, on or about April 14, 2025.

On April 14, 2025, Ms. Albert submitted to urinalysis (UA) testing at the probation office. The specimen was sent to Alere Toxicology Services, Inc. (Alere) for testing.

On April 17, 2025, the probation office received the UA test results confirming the specimen provided by Ms. Albert to be positive for fentanyl.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|--|--|
|  | Executed on:    April 17, 2025 |
| by | s/Arturo Santana |
|  | Arturo Santana<br>U.S. Pretrial Services Officer |

**Re: Albert, Kathleen Ardith**
**April 17, 2025**
**Page 2**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/17/2025
Date