UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff,<br>-vs-<br>KATHLEEN ARDITH ALBERT, Defendant. | Case No.  1:24-CR-02054-MKD-2<br>CRIMINAL MINUTES<br>DATE: SEPTEMBER 15, 2025<br>LOCATION: YAKIMA<br>SENTENCING HEARING |

**Honorable Mary K. Dimke**

| Cora Vargas | 02 | Marilynn McMartin |
|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Thomas Hanlon for Bree Black Horse | | Stephen Hormel<br>Michael Merritt |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**   Jennifer Dykstra | | |

[ X ]  Open Court         [ ]  Chambers         [ ]  Video Conference

Defendant present in custody of the US Marshal.

Counsel confirmed they are ready to proceed to sentencing.

Mr. Hormel confirmed he has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant's objections have been filed.

After hearing argument from Mr. Merritt and Mr. Hanlon regarding Defendant's objection to the Presentence Investigation Report, the Court sustained the objection as to a two-point minor role reduction and provided findings on the guideline calculations.

Mr. Hanlon confirmed all victims have been notified and none of the victims have responded or provided anything for the Court to consider.

Mr. Hanlon provided sentencing recommendations on behalf of the United States.

Defendant's mother addressed the Court on behalf of Defendant.

Mr. Hormel provided sentencing recommendations and comments on behalf of Defendant.

Defendant addressed the Court on her own behalf.

# [X]  ORDER FORTHCOMING

| CONVENED:  11:15 A.M. | ADJOURNED:  12:10 P.M. | TIME:  0:55 HR. | CALENDARED  [ ] |
|---|---|---|---|

*USA -vs- ALBERT*  
1:24-CR-02054-MKD-2  
Sentencing Hearing

September 15, 2025  
Page 2

The Court addressed Defendant and imposed sentence:

- **Probation: 5 years** on mandatory, standard, and special conditions of probation listed in the Presentence Investigation Report. Mr. Hormel waived reading of the conditions on behalf of Defendant.

- **Fine**: waived

- **Special Penalty Assessment**: $100

Appeal rights waived pursuant to plea agreement.

Mr. Hanlon moved to dismiss all remaining counts.  
**Court**: GRANTED

Defendant shall be released from custody on **Monday, September 22, 2025, at 8:00 a.m.**